USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12/10/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x

COMMUNITY ASSOCIATION
UNDERWRITERS OF AMERICA, INC.,

                Plaintiff,

    -against-

CON EDISON, INC.,

                Defendant.

---------------------------------------------------------- X

1:19-cv-09443 (ALC)

ORDER

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of Defendant's letter dated November 26, 2019, concerning its anticipated motion to dismiss. Per this Court's Individual Rules, upon the filing of such a letter motion, the opposing party must within three business days submit a letter, not to exceed three pages, setting forth its position. Accordingly, Plaintiff is **ORDERED** to respond to Defendant's letter motion on or before **December 12, 2019**.

**SO ORDERED.**

Dated:   December 10, 2019
        New York, New York

                                      **ANDREW L. CARTER, JR.**
                                      **United States District Judge**