USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/6/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x

COMMUNITY ASSOCIATION
UNDERWRITERS OF AMERICA, INC.,

                Plaintiffs,

    -against-

CON EDISON, INC.,

                Defendant.

---------------------------------------------------------- x

1:19-cv-09443 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the Parties' pre-motion conference letters, concerning Defendant's anticipated Motion to Dismiss. *See* ECF Nos. 13, 17. Defendant's request for a pre-motion conference is hereby **GRANTED**. The Parties shall appear on **Wednesday, January 22, 2020 at 11:00 a.m.** in Courtroom 1306 at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007.

**SO ORDERED.**

Dated:    January 6, 2020
              New York, New York

                                        **ANDREW L. CARTER, JR.**
                                        **United States District Judge**