

**Daniel J. de Luca**
*Direct:* 215.383.0166
*Cell:* 215.588.6800
ddeluca@delucalevine.com

July 6, 2020

The Honorable Debra C Freeman
US District Court Southern District of New York
United States Courthouse, Room 17A
500 Pearl St.
New York, NY 10007-1312

   Re:  Community Association Underwriters of America, Inc. a/s/o Half Moon Bay
       v. Con Edison, Inc.
       Civil Docket No.:  19-cv-09443

Dear Judge Freeman:

  Following the court's recent conference, the parties have worked together to avoid further motion practice as to review of evidence, etc., and also to determine other possible defendants to be included.  The parties presently involved have agreed in this regard to have Plaintiff amend its complaint, as set forth in the attached draft.  Counsel for both parties thought it best to seek your informal permission in accord with the conference discussion to allow the filing of this amended pleading.  We will do so by formal motion, but seek the court's permission to do so without such formality and it is a mutual effort.

  We welcome the court's position, and appreciate your attention to this matter.

                 **Respectfully submitted,**

                 de LUCA LEVINE LLC

                 */s/ Daniel J. de Luca*

                 **DANIEL J. de LUCA**

DD/sb
Enclosure
cc: John Rand, Esquire

> Leave to amend is granted; no motion to amend will be required.  Plaintiff is directed to file the Amended Complaint and arrange for service on any new defendants.  The motion to compel filed at Dkt. 9 is deemed withdrawn and the Clerk of Court is directed to close that motion on the Docket of this action.  Status report in 30 days.
>
> Dated: 7/22/2020
> SO ORDERED
>
> */s/ Debra Freeman*
> DEBRA FREEMAN
> United States Magistrate Judge