**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X

COMMUNITY ASSOCIATION UNDERWRITERS
OF AMERICA, INC.,

Plaintiff,

-against-

CON EDISON, INC.,

Defendant.

----------------------------------------------------------------X

19-CV-09443 (ALC)(VF)

<u>ORDER</u>

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __ 5/9/2022

**VALERIE FIGUEREDO, United States Magistrate Judge:**

On April 30, 2022, this case was reassigned to me for general pretrial supervision and specific non-dispositive motion (<u>see</u> ECF No. 9). The parties are ordered to file a joint letter no later than **Monday, May 16, 2022,** providing the Court an update on the status of the case, including a brief statement of claims and defenses, the current pre-trial schedule, the status of discovery, and the status of any settlement discussions.

**SO ORDERED.**

DATED:      New York, New York
            May 9, 2022

_____
VALERIE FIGUEREDO
United States Magistrate Judge